UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANNE MARIE DANDREA,**

    **Plaintiff,**

**v.**                                                           Case No: 6:17-cv-1614-Orl-41TBS

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

                                                        /

**ORDER**

THIS CAUSE is before the Court on the Unopposed Motion for Entry of Judgment with Reversal and Remand of the Cause to the Defendant ("Motion," Doc. 17). Therein, Defendant asks the Court to reverse and remand the case to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). (*Id.* at 1). United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation (Doc. 18), in which he recommends that the Court grant the Motion.

After a *de novo* review of the record, and noting that the Motion is unopposed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Unopposed Motion for Entry of Judgment with Reversal and Remand of the Cause to the Defendant (Doc. 17) is **GRANTED**.

3. The final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

4. The Clerk is directed to enter judgment in favor of Plaintiff. Thereafter, the Clerk shall close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 10, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record